*J. S. Buckles*, for the state.

*D. Kilgore*, for the defendant.

Nov. Term,
1853.

SWIFT
v.
HETFIELD.

---

THE STATE *v.* THOMPSON.

APPEAL from the *Tippecanoe* Court of Common Pleas. *Per Curiam.*—*Held,* that it is in the discretion of the Court below to allow the prosecutor time to amend, (1) or to order the amendment instanter.

The judgment is affirmed.

*L. Reilly,* for the state.

*W. F. Lane,* for the appellee.

*Saturday,*
*December* 31.

(1) The application was for time to amend an information for retailing spirituous liquor.